IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:04CR120 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | JUDGMENT |
| HORTENSIA SEVILLA, | ) ) | |
| Defendant. | ) | |

Pursuant to the Memorandum and Order entered on this date,

IT IS ORDERED:

1. Judgment is entered in favor of the government and against the defendant, Hortensia Sevilla;

2. The Defendant's Motion under 28 U.S.C. § 2255, Filing No. 92, is denied; and

3. The Clerk shall send a copy of this Judgment to the Defendant at her last-known address.

DATED this 29th day of January, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge